IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ROBERT E. VENER,

        Defendant.
_____/

No. CR 03-0279 MMC

**ORDER RE: PAYMENT OF RESTITUTION**

    Good cause appearing, the Clerk is hereby DIRECTED to substitute Carol Montgomery, 280 Liberty Street, San Francisco, CA 94114, in lieu of John Gordon for purposes of payment of restitution in the above-titled action.

**IT IS SO ORDERED.**

Dated: March 4, 2011

                                          MAXINE M. CHESNEY
                                          United States District Judge