IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>  v.<br>ROBERT E. VENER,<br>                Defendant. | No. CR 03-0279 MMC<br><br>**ORDER RE: PAYMENT OF RESTITUTION** |

    Good cause appearing, the Clerk is hereby DIRECTED to substitute Herlaugr Fjosne, Trustee, Fjosne Family Living Trust, 19149 Windward Way, Cottonwood, CA 96022, in lieu of Liv Fjosne, for purposes of payment of restitution in the above-titled action.

**IT IS SO ORDERED.**

Dated: March 14, 2014

                                            MAXINE M. CHESNEY
                                            United States District Judge